IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY PAXTON
ADC #660117                                                              PLAINTIFF

v.                          No. 5:16-cv-256-DPM-BD

SHAWN RICHARDS,
Dr./Psychiatrist, ADC;  RORY
GRIFFIN, Deputy Director, ADC;
SHELLY BYERS, Medical Grievance
Coordinator, ADC;  JOHN WHEELER,
Deputy Warden, ADC, Ester Unit;
and EARL GLASS                                                         DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, № 60, and overrules Paxton's objection, № 68. FED. R. CIV. P. 72(b)(3). Paxton's motion for preliminary injunctive relief, № 3, is denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

19 October 2016