# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BARRY PAXTON,**
**ADC #660117**                                                                                          **PLAINTIFF**

**V.**              **CASE NO. 5:16-CV-256-DPM-BD**

**SHAWN RICHARDS, et al.**                                                                       **DEFENDANTS**

## ORDER

Mr. Paxton has moved to voluntarily dismiss his claims against Defendants Wheeler, Griffin, and Byers. (Docket entry #70)  The motion (#70) is GRANTED.  Mr. Paxton's claims against Defendants Wheeler, Griffin, and Byers are DISMISSED, without prejudice.  The Clerk is instructed to terminate those individuals as Defendants.

IT IS SO ORDERED this 3rd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE