# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BARRY PAXTON**  
ADC # 660117
**PLAINTIFF**

v.  No. 5:16-cv-256-DPM-BD

**SHAWN RICHARD, Dr./Psychiatrist,**  
**ADC; and EARL GLASS**
**DEFENDANTS**

### ORDER

The Court adopts the unopposed partial recommendation, № 71, as modified. FED. R. CIV. P. 72(b)(3). The day after Magistrate Judge Deere entered her recommendation on summary judgment, she granted Paxton's new motion to voluntarily dismiss his claims against Wheeler, Griffin, and Byers. № 72. These three defendants are therefore out of the case; but Glass remains as a party moving for summary judgment. The motion, № 33, is therefore granted as to Glass and denied without prejudice as moot as to Wheeler, Griffin, and Byers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2016