IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY PAXTON                                                            PLAINTIFF

v.                              No. 5:16-cv-256-DPM

SHAWN RICHARD, Dr./Psychiatrist, ADC                    DEFENDANT

ORDER

Unopposed recommendation, № 88, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Richard's motion for summary judgment, № 73, is granted. Paxton's claims against him will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2017